**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TERRENCE JONES**                                                                                    **PLAINTIFF**

**VS.**                                          **4:06CV00542-WRW**

**MARK FORD, ANDERSON
DAILEY LLP, TENET HEALTHSYSTEM
MEDICAL INC. ; AND WENDELL VAN ES**                                  **DEFENDANTS**

## ORDER

Pending is Russellville St. Mary's Inc.'s ("St. Mary's") Motion to Intervene.[1]  None of the parties have responded.

This is a tort case, alleging that Defendants filed a fraudulent lawsuit in Georgia against Plaintiff Dr. Terence Jones ("Dr. Jones").  Defendants Mark Ford and Anderson Dailey LLP are the attorneys who filed the suit for breach of a Relocation Agreement between Dr. Jones and St. Mary's.  So, St. Mary's was a named party in the Georgia lawsuit.

After entering into the Relocation Agreement with Dr. Jones, St. Mary's changed its corporate name from St. Mary's Regional Medical Center to Russellville St. Mary's Inc.

St. Mary's is asking to intervene in this action to protect its breach of contract action and to participate in defending the malicious prosecution claim.

A district court's decision about mandatory intervention is a question of law which is reviewed de novo.[2]

---

[1] Doc. No. 46.

[2] *Sierra Club v. Robertson*, 960 F.2d 83, 85 (8th Cir. 1992).

When there is no statutory right to intervene, mandatory intervention requires a showing that the intervenor (1) has an interest in the subject matter of the litigation, (2) its interest may be impaired as a result of the litigation, and (3) its interest is not adequately protected by the existing parties to the litigation.[3]

St. Mary's meets the requisites for mandatory intervention -- its contract with Dr. Jones is at the heart of this case. There is no question that St. Mary's has the greatest interest in protecting its contractual rights, and that it must, therefore, intervene to ensure that its interests are vigorously advanced.

For the reasons stated above, the Motion to Intervene (Doc. No. 46) is GRANTED. St. Mary's should file its Complaint in Intervention by 5:00 p.m., Friday, July 20, 2007.

DATED this 19th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[3]*Chiglo v. City of Preston*, 104 F.3d 185, 187 (8th Cir. 1997).