# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERRENCE A. JONES, M.D., Ph. D.**                                                         **PLAINTIFF**

**VS.**                                    **4:06-CV-00542-WRW**

**MARK FORD, et al**                                                                        **DEFENDANTS**

## ORDER

Defendant Mark Ford's Motion to Quash Notice of Deposition (Doc. No. 87) appears to be MOOT, since the deposition was scheduled to take place on March 17, 2008 (I note, parenthetically, that the motion was filed a mere 2 hours before the deposition was scheduled to commence).  Since no party contacted my office the day of the deposition regarding any disagreements, I assume the issues were resolved.

IT IS SO ORDERED this 27th day of March, 2008.


                                                            /s/ Wm. R. Wilson, Jr._____
                                                            UNITED STATES DISTRICT JUDGE