**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRENCE A. JONES, M.D., Ph.D.**                                                          **PLAINTIFF**

**v.**                                            **4:06-CV-00542-WRW**

**MARK FORD, et al.**                                                                              **DEFENDANT**

**ORDER**

    1.  Plaintiff's Motion to Continue Trial (Doc. No. 108) is DENIED.

    2.  Defendants' Motion for Protective Order (Doc. No. 112) is DENIED. However, by noon, Monday, June 16, 2008, Plaintiff must reduce the number of Requests for Admission to 50, and serve them on Defendants.

    3.  Defendant Tenet HealthSystem Medical's Motion for Joinder (Doc. No. 115) to Defendants St. Mary's and Wendell Van Es's Motion to Quash is GRANTED. Accordingly, Defendant Tenet Health System's position will be considered when I rule on the other Defendants' Motion to Quash Subpoena Duces Tecum.

    4.  Plaintiff's Motion to Extend Time to Respond to Defendants' Motion for Protective Order and Motion to Quash (Doc. No. 118) is DENIED. A response to the Motion for Protective Order is unnecessary. Plaintiff is directed to respond to Defendants' Motion to Quash[1] by 5 p.m., Tuesday, June 17, 2008.

    IT IS SO ORDERED this 12th day of June, 2008.

                                                /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 113.