**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRENCE JONES**                                                                                    **PLAINTIFF**

**v.**                                            **4:06CV00542-WRW**

**MARK FORD,** *et al.*                                                                              **DEFENDANTS**

## ORDER

1. Too much paper herein.

2. The Motion or Motions to Quash (Doc. Nos. 113, 123) are DENIED. The Clinic must provide the records within five days of this Order.

3. I look forward to the trial, which is set to commence August 18, 2008, in this 232nd year of our Nation's Independence.

   IT IS SO ORDERED this 6th day of August, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE